George M. Kraw (California Bar No. 71551)
Katherine A. McDonough (California Bar No. 241426)
Brianna Attamante (California Bar No. 363516)
Kraw Law Group, APC
605 Ellis St. Ste 200
Mountain View, CA 94043
(650) 314-7800 tel
(650) 314-7899 fax
gkraw@kraw.com
kmcdonough@kraw.com
battamante@kraw.com

*Attorneys for Plaintiffs/Judgment Creditor*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS VACATION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD DEFINED CONTRIBUTION PENSION TRUST FUND, BOARD FO TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS ADMINISTRATIVE TRUST, BOARD OF TRUSTEES FO THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND, AND BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST, <br><br> Plaintiffs, | CASE NO. 5:15-cv-1150  ODW(SPx) <br><br> **RENEWAL OF JUDGMENT BY CLERK** <br><br> **[No Hearing Required]** |

v.

BLAZING INDUSTRIAL STEEL, INC.,
a California corporation,

Defendant.

Having originally entered the Judgment on February 2, 2016 ("Judgment") against Defendant, BLAZING INDUSTRIAL STEEL, INC., a California corporation ("Judgment Debtor" and/or "Defendant"):

Now, upon Application by Plaintiffs, the BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE TRUST, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS VACATION TRUST FUND, BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD DEFINED CONTRIBUTION PENSION TRUST FUND, BOARD FO TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS ADMINISTRATIVE TRUST, BOARD OF TRUSTEES FO THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND, AND BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST, ("Judgment Creditors" and/or "Plaintiffs"), and upon declaration that the Judgment Debtor has failed to satisfy the total amount of said Judgment and remains indebted to Judgment Creditors.

IT IS HEREBY ORDERED that the Judgment against Defendant/Judgment Debtor, BLAZING INDUSTRIAL STEEL, INC., be renewed in the amount of **$259,151.51.**, as follows:

    a. On the Prior Judgment (Entered February 2, 2016; ECF 20)…………………………... Total: $247,545.56

       i. Unpaid contributions: $11,229.38

       ii. Liquidated Damages: $10,973.92

       iii. Attorney's Fees: $8,366.03

       iv. Interest: $3,757.65

       v. Costs: $ 878.21

       vi. $212,340.37 in damages for Defendant's breach of contract

                 Total: $247,545.56

    b. Interest at .047% per annum accruing at $3.18 per day: Total: $11,605.95

              **Total Renewed Judgment:    $259,151.51**

IT IS SO ORDERED.

DATED: JANUARY 27, 2026 _____

                                      L Chai, Deputy

                              CLERK OF THE COURT